UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NERY BARRIOS,

      Plaintiff,

                                    Case No. 1:23-cv-584

v.

                                    Hon. Hala Y. Jarbou

KAMPS, INC., et al.,

      Defendants.

_____/

## ORDER

Plaintiff asserts claims under the Fair Labor Standards Act (FLSA).  Before the Court is the parties' joint motion to approve a settlement agreement (ECF No. 35).

"Many courts over the years have assumed that FLSA settlements . . . require court approval."  *Gilstrap v. Sushinati LLC*, No. 1:22-cv-434, --- F. Supp. 3d ---, 2024 WL 2197824, at *1 (S.D. Ohio May 15, 2024).  For the reasons thoroughly discussed in *Gilstrap*, however, the FLSA does not require such approval and no binding opinion says otherwise.  The chief case cited by the parties in support of their request, *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), is not persuasive.  *See Gilstrap*, 2024 WL 2197824, at *6.  This Court adopts the reasoning in *Gilstrap* and finds that the Court does not have any obligation or authority to approve the parties' settlement agreement.  This case is not a class action.  As with most other civil cases, the parties are free to settle their dispute on their own terms.  The Court declines to offer an advisory opinion on the terms reached by the parties.  Consequently, the Court will deny the motion for approval of their settlement.

The parties also ask the Court to dismiss the case, but it appears that this request, as well as the settlement agreement itself, are premised on the Court's approval of that agreement, which

the Court will not provide.  Instead, the Court will give the parties an additional 7 days to file

appropriate dismissal papers that do not require such approval.

Accordingly,

**IT IS ORDERED** that the parties' joint motion for approval of their settlement agreement

(ECF No. 35) is **DENIED**.

**IT IS FURTHER ORDERED** that, because the parties appear to have settled the case,

they are directed to file stipulated dismissal papers, prepared for entry by the undersigned, within

7 days.  If such papers are not filed by that date, the case will proceed to trial as scheduled.


Dated: September 12, 2024                    /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE